```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA
```

| | | |
|---|---|---|
| SKY ZONE, LLC, a Nevada limited liability company, | ) ) ) | 3:11-cv-00141-ECR-WGC |
| Plaintiff, | ) ) | MINUTES OF THE COURT |
| vs. | ) ) | DATE: August 31, 2012 |
| JERRY RAYMOND, *et al.*, | ) ) | |
| Defendants. | ) ) | |

PRESENT:     EDWARD C. REED, JR.                              U. S. DISTRICT JUDGE

Judicial Assistant:    Candace Knab      Reporter:    NONE APPEARING

Counsel for Plaintiff(s)                NONE APPEARING

Counsel for Defendant(s)                NONE APPEARING

MINUTE ORDER IN CHAMBERS

    Plaintiff's "Motion for Order Denying Defendants' Motion for Summary Judgment; Alternative Motion for Continuance to Oppose Defendants' Motion for Summary Judgment" (#53) is hereby **GRANTED**.

    Defendants' Motion for Summary Judgment (#50) shall be **DENIED** without prejudice, to be renewed when discovery on the issue of equitable estoppel has concluded.

                                                    LANCE S. WILSON, CLERK

                                                    By     /s/
                                                           Deputy Clerk