UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SKY ZONE, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>JERRY RAYMOND, et al.,<br><br>            Defendants. | 3:11-cv-0141-LRH-WGC<br><br>**STIPULATION TO POSTPONE DATE FOR FILING JOINT PRE-TRIAL ORDER AND ORDER (THIRD REQUEST)**<br><br>**AND ORDER THEREON** |

It is with a great deal of embarrassment that Counsel for Defendants comes before this Court seeking a further, postponement of the date for submission of the parties' Proposed Joint Pre-Trial Order. It is also with a great deal of gratitude and appreciation to counsel for Plaintiff, for their understanding, courtesy and cooperation, in Stipulating to this request.

**Whereas**, on September 4, 2015 the Court denied Defendants' Motion for Summary Judgment, and included in that Order, an Order for the parties to file a joint pretrial order within 45 days, being October 19, 2015; and

**Whereas**, the Court graciously postponed the date for filing a joint Pretrial Order until November 23, 2015; and

**Whereas**, circumstances required that Defendants obtain new representation, and Kenneth D. Sisco (Sisco) was substituted into the case on September 14, 2015; and

**Whereas**, to complicate matters further, on September 9, 2015, Defendant, Rolland Weddell, main contact with former attorneys, passed away; and

**Whereas**, Sisco received the digital part of the case file only on October 9, 2015, and has received six file boxes and three oversized boxes, containing the part of the case file that is in hard copy, including deposition transcripts, on October 17, 2015; and

**Whereas**, Sisco until recently has made good progress in familiarizing himself with the case file, additional time is never-the- less required in order to meaningfully contribute to a joint pretrial order; and

**Whereas**, Sisco had surgery on November 19, 2015. Sisco was initially told by the Physician's Assistant and nursing staff, that light work could be undertaken in only a "couple" of days post op. However, upon meeting with the surgeon for pre-operation counseling, the Doctor said that especially at Sisco's age (71), with pain and other medications, productivity will be impaired for up to a week.

As it turned out, even without complications, a week was not nearly enough time for recuperation. Moreover, complications arose, sutures tore out and heavy pain medication was again required. As though all of this were not enough, on Friday, December 11, Sisco was diagnosed with pneumonia and has for the most part been bedridden since. Only today, has Sisco been up to a regular work schedule.

It is hereby stipulated and agreed between the parties that the December 21, 2015 date, scheduled for filing the joint pretrial order, shall be postponed, for 10 days, to December 31, 2015; or another date, preferred by the Court.

ALLISON MCKENZIE

Dated: December 16, 2015

/s/ JOAN C. WRIGHT
JOAN C. WRIGHT, Attorney for Defendants,

2

BROWNSTEIN HYATT
FARBER SCHRECK, LLP

Dated: December 16, 2015          /s/ Adam K. Yowell
                                  Attorneys for Plaintiff

ORDER

It is Ordered that the parties shall file a joint pretrial order on, or before January 7, 2016.

DATED this 17th day of December, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE