UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| SKY ZONE, LLC, | ) | 3:11-cv-00141-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | December 31, 2015 |
| JERRY RAYMOND, et al., | ) | |
| | ) | |
| Defendant(s) | ) | |
| | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion to Substitute Party. (ECF No. 160). Plaintiff seeks to substitute Christopher Weddell, Trustee of the Estate of Rolland P. Weddell for deceased Defendant Roland P. Weddell pursuant to Fed. R. Civ. P. 25. No response to the motion has been filed by any party.

Plaintiff's motion (ECF No. 160) is therefore **GRANTED** and Christopher Weddell, Trustee of the Estate of Rolland P. Weddell is hereby substituted for deceased Defendant Roland P. Weddell.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:      /s/
         Deputy Clerk