UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SKY ZONE, LLC, | CASE NO. 3:11-cv-141-LRH-WGC |
| Plaintiff, | ORDER |
| vs. | |
| JERRY RAYMOND, et al., | |
| Defendant(s). | |

This case is currently scheduled for jury trial on the calendar of November 14, 2016.

IT IS ORDERED that this case is referred to The Honorable William G. Cobb for the purpose of conducting a settlement conference.

DATED this 15th day of January, 2016.

LARRY R. HICKS
U.S. DISTRICT JUDGE