# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SKY ZONE, LLC, a Nevada limited liability company, | CASE NO.: 3:11-cv-00141-LRH-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| JERRY RAYMOND, an individual; ROBERT RAYMOND, an individual; RONALD RAYMOND, an individual; ROLLAND P. WEDDELL, an individual; CHRISTOPHER WEDDELL, an individual; SKY HIGH SPORTS, LLC, a Nevada limited liability company; SKY HIGH SPORTS CALIFORNIA, LLC, a Nevada limited liability company; SKY HIGH SPORTS CONCORD CALIFORNIA, LLC, a Nevada limited liability company; SKY HIGH SPORTS CONCORD OPERATIONS, LLC, a Nevada limited liability company; SKY HIGH SPORTS CONCORD, LLC, a Nevada limited liability company; SKY HIGH SPORTS FRANCHISE, LLC, a Nevada limited liability company; SKY HIGH SPORTS OPPORTUNITIES, LLC, a Nevada limited liability company; SKY HIGH SPORTS ORANGE COUNTY OPERATIONS, LLC, a Nevada limited liability company; SKY HIGH SPORTS ORANGE COUNTY, LLC, a Nevada limited liability company; SKY HIGH | |

1

| | |
|---|---|
| 1 | SPORTS SACRAMENTO OPERATIONS, LLC, a Nevada limited liability company; |
| 2 | SKY HIGH SPORTS SACRAMENTO, LLC, a Nevada limited liability company; |
| 3 | SKY HIGH SPORTS SANTA CLARA OPERATIONS, LLC, a Nevada limited |
| 4 | liability company; SKY HIGH SPORTS SANTA CLARA, LLC, a Nevada limited |
| 5 | liability company; SKY HIGH SPORTS SEATTLE OPERATIONS, LLC, a Nevada |
| 6 | limited liability company; SKY HIGH SPORTS SEATTLE, LLC, a Nevada |
| 7 | limited liability company; SKY HIGH SPORTS WASHINGTON, LLC, a Nevada |
| 8 | limited liability company; TRIBROS, LLC, a Nevada limited company, |
| 9 | Defendants. |

Plaintiff/Counterdefendant Sky Zone, LLC, and Defendants/Counterclaimants Jerry Raymond, Robert Raymond, Ronald Raymond, the Estate of Rolland P. Weddell, Christopher Weddell, Sky High Sports, LLC, Sky High Sports California, LLC, Sky High Sports Concord California, LLC, Sky High Sports Concord Operations, LLC, Sky High Sports Concord, LLC, Sky High Sports Franchise, LLC, Sky High Sports Opportunities, LLC, Sky High Sports Orange County Operations, LLC, Sky High Sports Orange County, LLC, Sky High Sports Sacramento Operations, LLC, Sky High Sorts Sacramento, LLC, Sky High Sports Santa Clara Operations, LLC, Sky High Sports Santa Clara, LLC, Sky High Sports Seattle Operations, LLC, Sky High Sports Seattle, LLC, Sky High Sports Washington, LLC, and Tribros, LLC, by and through their

///
///
///
///
///
///
///
///

2

undersigned counsel, hereby stipulate to dismiss this action and all claims and counterclaims with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear their own attorneys' fees and costs.

IT IS SO STIPULATED:

Dated:                                     Dated:

By: /s/ *Matthew D. Francis*           By: /s/ *Kenneth D. Sisco*
Michael D. Rounds                         Kenneth D. Sisco
Matthew D. Francis                       SISCO & NARAMORE
Adam K. Yowell                            3574 Bluff Street
BROWNSTEIN HYATT FARBER      Norco, California 92860
SCHRECK, LLP
5371 Kietzke Lane                           Joan C. Wright
Reno, Nevada 89511                     Allison Mackenzie, Ltd.
                                                402 N. Division Street
Attorneys for Plaintiff/Counterdefendant    Carson City, NV 89702
                                                Attorneys for Defendants/Counterclaimants

**IT IS SO ORDERED.**

DATED this 2nd day of January, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE